United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stacey Lynn Weber  
    Debtor

Case No. 23-00541-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 25, 2024      Form ID: ordsmiss      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stacey Lynn Weber, 1220 Mt. Rose Avenue, York, PA 17403-2904 |
| 5527731 | | ADVANCED VEIN LASER, 1919 LEADER HEIGHTS ROAD, YORK, PA 17402 |
| 5527736 | + | GREENBRIAR ESTATES LP, 500 GRAFFIUS ROAD, YORK, PA 17404-8533 |
| 5527738 | + | MILLER DIPIETRO ASSOC, 2600 EASTERN BLVD, STE 204, YORK, PA 17402-2916 |
| 5527740 | + | PEDIATRIC HEALTH ASSOC, 2860 CAROL ROAD, YORK, PA 17402-3800 |
| 5527741 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5527743 | + | SPRINGETTSBURY TWP EMS, c/o YORK AREA UNITED FIRE & RESCUE, 50 COMMONS DRIVE, YORK, PA 17402-2636 |
| 5527744 | ++ | SUSQUEHANNA ORAL SURGERY, 2990 EASTERN BLVD, YORK PA 17402-2910 address filed with court:, SUSQUEHANNA OMS, 2990 EASTERN BLVD, YORK, PA 17402 |
| 5527750 | + | YORK CLINIC COMPANY LLC, 1232 GREENSPRINGS DRIVE, YORK, PA 17402-8825 |
| 5527751 | #+ | YORK CR BUREAU, 33 S DUKE STREET, YORK, PA 17401-1401 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 25 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5527732 | | Email/Text: EBN@brockandscott.com | Jul 25 2024 18:38:00 | BROCK & SCOTT, PLLC, CORRESPONDENCE, 8757 RED OAK BLVD, STE 150, CHARLOTTE, NC 28217 |
| 5527733 | | EDI: COMCASTCBLCENT | Jul 25 2024 22:37:00 | COMCAST (BK NOTICES), PO BOX 1931, BURLINGAME, CA 94011-1931 |
| 5527734 | | EDI: PENNDEPTREV | Jul 25 2024 22:37:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5527734 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 18:38:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5527746 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 25 2024 18:38:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5527735 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 25 2024 18:38:00 | FREEDOM MORTGAGE CORPORATION, ATTN BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS, IN 46037-9764 |
| 5527737 | | EDI: IRS.COM | Jul 25 2024 22:37:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5529347 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 18:44:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 5527739 | | Email/Text: Bankruptcies@nragroup.com | Jul 25 2024 18:38:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5527742 | + | Email/Text: RASEBN@raslg.com | Jul 25 2024 18:38:00 | ROBERTSON, ANSCHUTZ & SCHNEID, PL, 6409 CONGRESS AVE, STE 100, BOCA RATON, FL 33487-2853 |
| 5527745 | + | Email/Text: bankruptcy@sw-credit.com | Jul 25 2024 18:38:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5527747 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 25 2024 18:38:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5527748 | | EDI: VERIZONCOMB.COM | Jul 25 2024 22:37:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5527749 | | EDI: VERIZONCOMB.COM | Jul 25 2024 22:37:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5542181 | *+ | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Stacey Lynn Weber DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 1 Stacey Lynn Weber karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stacey Lynn Weber,             Chapter     13

    **Debtor 1**

                               Case No.     1:23−bk−00541−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 25, 2024

ordsmiss (05/18)